

United States District Court
Eastern District of California

Melissa Furman

Plaintiff(s)

V.

Skopos Financial, LLC

Defendant(s)

Case Number:  2:25-cv-03080-TLN-DMC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Manuel S. Hiraldo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Melissa Furman

On __07/20/2007__ (date), I was admitted to practice and presently in good standing in the __Southern District of Florida__ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 2/28/2026 - Pace et al. v. Omni Family Health / Case No. 1:24-cv-01277 - Granted: 3/4/25

Date: 7/18/25 - Martin v. exp Realty / Case No. 2:24-cv-03142 - Granted: 7/18/25

Date: __02/26/2026__          Signature of Applicant: /s/ __Manuel S. Hiraldo__

**Pro Hac Vice Attorney**

Applicant's Name: Manuel S. Hiraldo

Law Firm Name: Hiraldo P.A.

Address: 101 NE 3rd Avenue

Suite 1500

City: Fort Lauderdale     State: FL     Zip: 33301

Phone Number w/Area Code: (305) 336-7466

City and State of Residence: Fort Lauderdale, Florida

Primary E-mail Address: mhiraldo@hiraldolaw.com

Secondary E-mail Address: mhiraldo@hiraldolaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Todd M. Friedman

Law Firm Name: Law Offices of Todd M. Friedman

Address: 23586 Calabasas Rd.

Suite 105

City: Calabasas     State: CA     Zip: 91302

Phone Number w/Area Code: (323) 306-4234     Bar # 216752

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2026

JUDGE, U.S. DISTRICT COURT