

# United States District Court
# Eastern District of California

MELISSA FURMAN and ALEXANDER PHILIP

Plaintiff(s)

Case Number: 2:25-cv-03080-TLN-DMC

V.

Skopos Financial, LLC

**APPLICATION FOR PRO HAC VICE AND ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Eisenband _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff, Alexander Philipson

On 7/21/2012 _____ (date), I was admitted to practice and presently in good standing in the The Southern District of Florida _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 02/25/2026        Signature of Applicant: /s/ Michael Eisenband _____

**Pro Hac Vice Attorney**

Applicant's Name: **Michael Eisenband**

Law Firm Name: Eisenband Law, P.A.

Address: 515 E Las Olas Blvd, Ste 1301

City: Fort Lauderdale   State: FL   Zip: 33301

Phone Number w/Area Code: (954) 732-2792

City and State of Residence: Parkland, Florida

Primary E-mail Address: MEisenband@Eisenbandlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Todd M. Friedman

Law Firm Name: The Law Offices of Todd M. Friedman, P.C.

Address: 23586 Calabasas Road, Suite 105

City: Calabasas   State: CA   Zip: 91302

Phone Number w/Area Code: (877) 619-8966   Bar # 216752

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 26, 2026

JUDGE, U.S. DISTRICT COURT