Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff, and all others similarly situated*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN and ALEXANDER PHILIPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL; DOES 1-10 Inclusive**,**<br><br>Defendant. | **Case No.: 2:25-cv-03080-TLN**<br><br>**ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND RESPONSIVE PLEADING BRIEFING SCHEDULE** |

Pursuant to the Parties' Stipulation, and good cause existing, the Court hereby ORDERS as follows:

1. Plaintiffs shall file their Second Amended Complaint no later than March 9, 2026;

2. Defendant shall respond to the Second Amended Complaint within thirty (30) days of the filing of the Second Amended Complaint;

---

STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

3. In the event Defendant files a dispositive motion ("Motion") in response to Plaintiffs' Second Amended Complaint, Plaintiffs shall file their response in opposition (the "Opposition") within twenty-one (21) days of the filing of the Motion; and

4. Defendant shall file its reply in support of its Motion within fourteen (14) days of the filing by Plaintiffs of their Opposition.

IT IS SO ORDERED.

DATED: March 5, 2026                    _____

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT