Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@ toddflaw.com
abacon@ toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

MELISSA FURMAN and ALEXANDER PHILIPSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SKOPOS FINANCIAL, LLC d/b/a REPRISE FINANCIAL; DOES 1-10 Inclusive**,**

Defendant.

**Case No.: 2:25-cv-03080-TLN**

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby give notice of the following supplemental authority in support of Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss: *Coffey v. Fast Easy Offer, LLC*, 178 F.4th 480 (9th Cir. 2026)("In this case, then, we must consider not only the content of the messages Coffey received, but also their context as it illuminates Defendants' purpose in initiating the messages, when determining whether they qualify as telephone solicitations….crediting Coffey's factual allegations as we must at the motion to dismiss stage, *D'Augusta*, 117 F.4th at 1100, one purpose for which Defendants initiated these messages was to encourage the purchase of real estate brokerage services. That is enough to satisfy the statutory definition."). A copy of the Order is attached as **Exhibit A**.

Dated: July 7, 2026

Respectfully submitted,


**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo (*Pro Hac Vice*)
Florida Bar No. 030380
246 Shore Court
Lauderdale-by-the-Sea, FL 33308
mhiraldo@hiraldolaw.com
Telephone: 305.336.7466

**LAW OFFICES OF TODD FRIEDMAN**
Todd Friedman
21031 Ventura Blvd., Ste. 340
Woodland Hills, CA 91364
abacon@toddflaw.com